UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| USA, | ) |
|     Plaintiff | ) ) ) |
| vs. | ) No:  4:19-MJ-07099-SPM ) ) |
| Suppressed In the Matter of the Search of, | ) ) ) |
|     Defendant | ) ) |

## GOVERNMENT'S RESPONSE TO ROBERT PATRICK'S MOTION TO UNSEAL SEARCH WARRANT RECORDS

Comes now the United States of America, by and through Hal Goldsmith, Assistant United States Attorney for the Eastern District of Missouri, and respectfully files this Response to Robert Patrick's Motion to Unseal Search Warrant Records (doc. 5).

Robert Patrick seeks an Order of this Court to unseal or require the Government to file a redacted version of the search warrant papers in this matter.

The Government has reviewed the search warrant papers in this matter, and has filed separately, under seal, its own Motion relative to the instant matters.

The Government submits that this Court should grant the Government's referenced

Motion, based upon the legal support contained therein, which would render the instant Motion of Robert Patrick moot, as he will have received the relief he has requested.

                              Respectfully submitted,

                              REGINALD HARRIS
                              Attorney for the United States
                              Acting Under Authority
                              Conferred by 28 U.S.C. Section 515

                              */s/  Hal Goldsmith*
                              HAL GOLDSMITH, #32984MO
                              Assistant United States Attorney

Dated: This 2nd day of May, 2019.